UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| EPIGMENIO GADEA PLIEGO and<br>COLUMBA BENITEZ PLIEGO,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE<br>ASSOCIATION,<br><br>Defendant. | Civil No. 13-2116 (JRT/JJK)<br><br><br>**ORDER ADOPTING REPORT<br>AND RECOMMENDATION** |

_____

Epigmenio Gadea Pliego and Columba Benitez Pleigo, address unknown, pro se plaintiffs,

Curt N Trisko and Jeffrey Klobucar, **SCHILLER & ADAM, P.A.**, The Academy Building, 25 North Dale Street, St. Paul, MN 55102, for defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated January 6, 2014.  No objections have been filed to that Report and Recommendation in the time period permitted.  Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Defendant Federal National Mortgage Association's Motion to Dismiss (Doc. No. 7), is **GRANTED**; and

2. This case is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: February 25, 2014                       s/John R. Tunheim
at Minneapolis, Minnesota.                 JOHN R. TUNHEIM
                                                     United States District Judge